IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SUSAN HAMILTON,

   Plaintiff,

  v.

BOYS AND GIRLS CLUB OF
METROPOLITAN ATLANTA, INC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:12-CV-3609-TWT

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 43] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 26]. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the Plaintiff failed to produce any evidence that her termination was the result of racial discrimination. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 26] is GRANTED.

SO ORDERED, this 15 day of August, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge